# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHY MARIE C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C16-5826 RSM <br><br> **ORDER GRANTING STIPULATED MOTION** |

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, the Court hereby ORDERS that judgment be entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

DATED this 10th day of July, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1